No. 2382. — El Pueblo, Apldo., *v.* Suau, Aplte. — C. D. Aguadilla Feb. 26, 1925.

Por cuanto la ley de abril 13 de 1916 ''Para reglamentar el uso de vehículos de motor en Puerto Rico'' prescribe en su artículo 12, apartado ''*g*'' lo siguiente:

''Al acercarse al cruce o unión de calles o caminos, o a una casa escuela durante horas en que sea probable la entrada o salida de estudiantes, la velocidad deberá ser reducida dando debido aviso con el aparato correspondiente.''

Por cuanto, la denuncia imputaba el hecho de que en la calle de Roberto H. Todd de Moca, Puerto Rico, Distrito Judicial de Aguadilla, el acusado allí y entonces de un modo ilegal, voluntaria y maliciosamente guiaba por las calles de ese pueblo como *chauffeur* el *truck* Ford No. C–139, y al acercarse a la unión de las calles de ''Pedro Acevedo Rivera'' y ''Roberto H. Todd'' en dicho pueblo, no redujo la velocidad que llevaba, tomando en cuenta el tráfico y ancho de las mencionadas calles para garantizar la seguridad de las vidas y propiedades, continuando la marcha a gran velocidad,

violando de ese modo el artículo 12, letra "G" de la Ley para Reglamentar el Uso de Vehículos de Motor en Puerto Rico, aprobada en 13 de abril de 1916, etc.

POR CUANTO la prueba tendió a acreditar que el acusado, guiando un *truck,* pasó un cruce en Moca a gran velocidad sin reducir ésta.

POR TANTO *se confirma la sentencia* dictada por la Corte de Distrito de Aguadilla en julio 16 de 1924 en el caso arriba expresado.